UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

October 23, 2013

Mr. John Hardy
Attorney at Law
1717 South Gaines
Little Rock, Arkansas 72206

Mr. John White
Mr. Richard Rosen
Arkansas Department of Human Services
Office of Chief Counsel
Post Office Box 1437
Slot S-260
Little Rock, Arkansas 72203-1437

     Re: *Parker, et. al. v. Selig*, No. 4:13-CV-00538-BRW

Dear Counsel:

My law clerk and I have been working on this case on a daily basis, and I had hoped to enter an order regarding the request for a preliminary injunction this week. It appears, however, that this is unlikely.

I will enter the order as soon as I can be satisfied with what I should rule.

                                            Cordially,

                                            /s/ Billy R. Wilson

Original to the Clerk of the Court